# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

DANIEL RYAN STRICKLAND

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:06mj51-VPM

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 31, 2006,__ in __Montgomery__ county, in the __Middle__ District of __Alabama__ defendant did, (Track Statutory Language of Offense)

rob, or attempted to rob a person having lawful charge, custody and control of United States mail matter, money, and other property of the United States at the Shakespeare Station Post Office, located at 2500 Eastern Blvd., Montgomery, AL 36123, with the intent to rob steal and purloin said mail matter, money, and other property of the United States,

in violation of Title ___18___ United States Code, Section(s) ___2114(a)___

I further state that I am a __United States Postal Inspector__ and that this complaint is based on the following facts:
               Official Title

See attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____J. D. T._____
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 1, 2006 _____ at   Montgomery, Alabama _____
Date                                                                                  City and State

VANZETTA P. MCPHERSON
UNITED STATES MAGISTRATE JUDGE         _Vanzetta Penn McPherson_____
Name & Title of Judicial Officer                                          Signature of Judicial Officer

## **AFFIDAVIT**

The undersigned, being duly sworn on oath, deposes and says:

1.  I, James D. Tynan, have been a United States Postal Inspector for over four years. I am currently assigned to the U.S. Postal Inspection Service Office in Montgomery, AL. As a Postal Inspector, I enforce federal laws relating to postal offenses. I investigate incidents where the United States Mails are used for the purpose of transporting non-mailable matter, credit card fraud, obstruction of mail, mail theft, burglaries, and, in this case, an armed robbery of a post office or postal contract station in violation of Title 18, United States Code, Section 2114. The following information has been obtained by me personally or has been provided to me by other law enforcement officers. This affidavit is in support of a federal arrest warrant for Daniel Ryan Strickland, for violations of Title 18, United States Code, Section 2114 – Robbery of a Post Office.

2.  On May 31, 2006, at approximately 4:20 p.m., I received a phone call from Brian Bair, Station Manager, Shakespeare Station, Montgomery, AL Post Office located at 2500 Eastern Blvd., Montgomery, AL 36123, who reported that an attempted robbery had just occurred; following the phone call I asked Bair to call 911. Myself, and the Montgomery Police Department (MPD) responded to the crime scene.

3.  My investigation revealed that on May 31, 2006, at approximately 4:15 p.m., one suspect entered the Shakespeare Station and attempted to rob the postal clerk by threatening her with the use of a gun. The clerk, Suzanne Adams, described the robber as a white male, early to mid 20's, 5'6", weighing approximately 160 lbs., with short brown hair and blue eyes. Adams stated that the man was wearing a light colored plaid button up shirt and khaki cargo shorts. Adams said that the man approached her counter and handed her a note which had the words don't make me pull my gun printed on the left hand side; on the right hand side were written denominations such as $20, $50, and $100. Adams reported the man told her not to give him any dye packs. Adams reported that she did not take the threat seriously until the man lifted up his shirt and showed her a gun. Adams reported the gun appeared to be a semi-automatic type, possibly grey, and that he had the gun in his waistline. Adams reported that she was thinking and tried to open the open register when the man said "shit" and calmly walked out of the post office. Adams said that she had never seen the man before but that she would recognize him if she saw him again. No

1

physical injuries were sustained by Adams and no money was successfully stolen. The Shakespeare Station had a videotape recording at the time of the robbery.

4. At approximately 7:00 p.m., I received a phone call from Lt. Keith Barnett, MPD, who stated that he received a phone call from Detective Lee Fuller, Leon County, FL Sheriff's Office, who stated that Detective Brian Pearson had received a phone call from an informant who stated that Daniel Strickland was the man who robbed the post office in Montgomery, Alabama.

5. Fuller reported that Daniel Ryan Strickland was wanted for questioning in connection to the robbery that occurred on May 30, 2006, at Bank of America, 2262 North Monroe Street, Tallahassee, FL. Strickland was identified based on numerous tips that he was the man seen in the bank surveillance photos. Leon County Sheriff's Office obtained an arrest warrant against Daniel Ryan Strickland for robbery.

6. Fuller reported that at approximately 6:30 p.m., Strickland called the informant from a phone with the number 334-774-9801. Investigation revealed that this phone number belonged to a pay phone located at the Hobo Pantry, 1022 US Highway 231 S., Ozark, AL. The video surveillance photos of the Hobo Pantry showed the same man who had robbed the post office was inside the store at 6:33 p.m.

7. Fuller reported that during the phone call from Ozark, AL, that Strickland told the informant that he tried to rob a bank in Alabama but that it was locked so he tried to rob the post office next door, but the woman took too long so he left. Strickland reportedly told the informant that he had a gun and either the police would kill him or that he would kill himself. Fuller also said that Strickland reported that he purchased another car, a 2004 Toyota Camry that still had dealer tags.

8. As a result of this information MPD issued a nationwide alert on Strickland and the car he was reportedly driving. Detective Pearson told Detective Rucker, MPD, that the informant received another call from Strickland who reportedly commented that he may return to the Tallahassee, FL area.

2

9. At approximately 10:20 p.m., Suzanne Adams was shown a photo spread which contained Strickland in the number 3 position. Adams positively identified Strickland as the man who attempted to rob her at the post office earlier in the day.

10. At approximately 11:00 p.m., MPD was notified by Detective Fuller that the Leon County Sheriff's Office had located Strickland. Fuller reported that Strickland led them on a high speed chase which resulted in the spike strips being utilized twice, flattening all four tires. Police then had to use vehicle maneuvers to stop the car. Strickland was subsequently apprehended.

11. At approximately 11:30 p.m., I spoke with Detective Fuller who stated that he advised Strickland of his Miranda rights and Strickland agreed to be interviewed. Fuller stated that Strickland admitted to attempting to rob the post office in Montgomery and that he admitted that he robbed the Bank of America in Tallahassee. Fuller also noted that a BB gun pistol was recovered in Strickland's car as well as a plaid shirt similar to the one he was wearing at the time of the attempted robbery.

12. Based on my training and experience and the facts set forth in this affidavit, I submit there is probable cause to arrest Daniel Ryan Strickland for violations of Title 18, United States Code, Section 2114 – Robbery of a Post Office.

_J. D. Tynan_
J. D. Tynan
Postal Inspector

Sworn to and subscribed before me this
1st day of June, 2006, at
Montgomery, AL.

_Vanzetta P. McPherson_
Vanzetta P. McPherson
United States Magistrate Judge

3