FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUL 11 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:06CR165-WKW |
| | ) | [18 USC 2114(a)] |
| DANIEL RYAN STRICKLAND | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 31st day of May, 2006, in Montgomery, Alabama, within the Middle District of Alabama,

DANIEL RYAN STRICKLAND,

defendant herein, did attempt to rob a person having lawful charge, custody and control of money of the United States at the Shakespeare Station Post Office in violation of Title 18, United States Code, Section 2114(a).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
Kent B. Brunson
Assistant United States Attorney