IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

### ORDER

Upon consideration of the *Petition for Writ of Habeas Corpus Ad Prosequendum*, construed as motion for writ of habeas corpus ad prosequendum, filed August 22, 2006 (Doc. 6), and for good cause shown, it is

**ORDERED** that the motion is **GRANTED**.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Leon County Jail, Tallahassee, Florida, commanding it to deliver Daniel Ryan Strickland to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on September 27, 2006, at 10:00 am, and to return the prisoner to said official when the court shall have finished with him.

DONE this the 22nd day of August, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE