IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NUMBER:  2:06cr165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    THE WARDEN AND/OR KEEPER OF THE   LEON COUNTY JAIL
                                                    AT   TALLAHASSEE, FLORIDA

and

TO:    THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
        OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of  **DANIEL RYAN STRICKLAND** , a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom 5-A of said Court, in the City of Montgomery, Alabama on September 27, 2006, at 10:00 a.m., to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the  22nd day of August, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By:    _____
        Deputy Clerk