**COURTROOM DEPUTY MINUTES**     **DATE:** 9/27/06
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 10:44 - 10:44
                                                          10:55 -11:01

- [√] **INITIAL APPEARANCE**
- [ ] **DETENTION HEARING**
- [ ] **REMOVAL HEARING (R.40)**
- [√] **ARRAIGNMENT**
- [ ] **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- [ ] **PRELIMINARY EXAMINATION**

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2:06cr165-WKW        **DEFT. NAME:** Daniel Ryan Strickland
**USA:** Susan Redmond        **ATTY:** Samuel Walker

**Type Counsel:** ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

**USPTSO/USPO:** _____

**Defendant** _____ does √ _____ does NOT need an interpreter; NAME _____

- [ ] Kars.   Date of Arrest _____ or [ ] karsr40
- [√] kia.   Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [√] Finaff.   Financial Affidavit executed [ ] to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel.
- [√] koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- [ ] 20appt.   Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]   Deft. Advises he will retain counsel. Has retained _____
- [ ]   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]   Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ]   **DETENTION HRG** [ ] held; [ ] set for _____; [ ] **Prelim. Hrg** [ ] Set for _____
- [ ] kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls.   Release order entered. [ ] Deft. advised of conditions of release.
- [ ] kbnd.   [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
         [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [ ] Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] ko.   Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.   Waiver of [ ] Preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]   Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [√] Karr.   **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered.
         √ **Trial Term** 1/8/07 ; √ **PRETRIAL CONFERENCE DATE:** 10/13/06
         √ **DISCOVERY DISCLOSURES DATE:** 9/29/06
- [ ] Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.   Identity/Removal Hearing set for _____
- [√] Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**