IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**UNOPPOSED MOTION FOR MENTAL COMPETENCY EXAMINATION**

NOW COMES undersigned counsel, Kevin L. Butler, and respectfully moves pursuant to 18 U.S.C. § 424(a) for a court order directing the United States Marshals Service transfer Mr. Strickland into the custody of a Federal Bureau of Prisons for the purpose of a competency examination by one or more qualified psychiatrists. This motion is based upon undersigned counsel's reasonable belief that Mr. Strickland may presently be suffering from a mental disease of defect rendering him mentally incompetent. In support of this Motion, undersigned counsel states:

1. Mr. Strickland is charged in a one count indictment with robbery of a post office. (Docket # 3).

2. In the discovery provided, law enforcement officers reported that during their case investigation, they had gathered information showing upon his arrest Mr. Strickland hoped to commit "suicide by cop" by pointing a firearm at police so that they would shoot him.

3. On or about October 4, 2006, undersigned counsel met with Mr. Strickland to discuss

1

his case. During the meeting Mr. Strickland: (1) was extremely agitated, distrustful of undersigned counsel and unable to concentrate on the matters being discussed; (2) showed undersigned counsel the self mutilation scars on his arms; (3) discussed his recent desire to harm himself; and (4) discussed with me his history or psychiatric examinations and mental health counseling.[1]

4. As Mr. Strickland's current behavior and his apparent history of psychiatric problems indicate he may not be able to understand the nature of the proceedings and his present behavior is demonstrating a limited ability to assist counsel, it is in the interest of justice to stay further proceedings in this matter and have the Federal Bureau of Prisons conduct a competency examination of Mr. Strickland.

5. Counsel for the government, Kent Brunson, Esq., does not oppose this request and affirmatively requests a mental health evaluation.

6. As psychiatric examination will also assist the Court in evaluating potential culpability issues and potential sentencing issues.

WHEREFORE, the Defendant prays that his Motion be granted and that the court designate Mr. Strickland to the custody of the Federal Bureau of Prison for the purpose of a competency evaluation.

                        Respectfully submitted,

---

[1] Undersigned counsel is attempting to obtain Mr. Strickland's mental health and education records. Upon receipt of this information, if requested, it will be provided to the BOP for purposes of their evaluation.

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| V.   ) | CR. No.: 2:06cr165-WKW |
| ) | |
| DANIEL RYAN STRICKLAND   ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138