IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06-CR-165-WKW-DRB |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**ORDER STAYING SUBMISSIONS ON PRETRIAL MOTIONS
PENDING MENTAL COMPETENCY EVALUATION**

By Order filed herewith the court has granted Defendant's unopposed motion for a mental competency evaluations. It is, therefore, **ORDERED** that Defendant's *Motion to Suppress Statements* (Doc. 16, Oct. 10, 2006) is **STAYED** pending completion of Defendant's mental competency testing and defense counsel's review to assess the merits of continuing to prosecute, modifying, or withdrawing the *Motion*. The United States shall not be required to respond to the Motion during this interim.

For good cause arising from the reasonable time projected for completion of Defendant's mental evaluation, and the subsequent assessments necessary to explore the Defendant's best interests in this criminal action, it is **ORDERED** that this action be removed from the scheduled trial term commencing January 8, *2007*, before District Judge W. Keith Watkins, and *that trial be continued generally.* The parties should expect a supplemental pre-trial conference to be convened within 30 days after the filing of completed competency reports; if no Order has been issued to schedule such hearing within 14 days after such filing, defense counsel is notified to contact the assigned Magistrate Judge to ensure the timely re-activation of this case on pretrial and trial dockets.

DONE THIS 13th day of October, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE