IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**<u>ORDER</u>**

It is ORDERED that a hearing will be held to determine the defendant's mental competency on **March 22, 2007, at 1:30 p.m.**, in Courtroom 2-E of the United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 9th day of March, 2007.

                                      /s/   W.  Keith Watkins
                                  UNITED STATES DISTRICT JUDGE