IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | Case No. 2:06-cr-165-WKW |
| ) | |
| ) | |
| DANIEL RYAN STRICKLAND ) | |
| ) | |

## **ORDER**

Upon defense counsel's motion, and pursuant to 18 U.S.C. § 4241(b) and § 4247(b) & (c), the court ordered that Defendant Daniel Ryan Strickland undergo a psychiatric or psychological examination and that the resulting report be filed with the court. The psychiatric or psychological report, which was created by Dia N. Brannen under the supervision of Dr. Richart L DeMeir, was filed on January 24, 2007. The court conducted a hearing on March 22, 2007, pursuant to 18 U.S.C. § 4241(c) and § 4247(d).

At the hearing, counsel stipulated to the admissibility of the report, and it was received into evidence without objection. Defense counsel further represented to the court that he did not contest a finding that the defendant is competent to stand trial. Mr. Strickland, in response to direct questioning by the court, indicated that he is incarcerated at the city jail in Montgomery, that he was transferred to the institution in Springfield, Kansas, for his evaluation, that he has met with defense counsel on several occasions, and that he feels he is able to assist in his defense.

Upon consideration of the report and the court's observations of Mr. Strickland, the court finds that the defendant is able to assist properly in his defense. *See* 18 U.S.C. § 4241(d).

Accordingly, it is ORDERED that Defendant Daniel Ryan Strickland is declared mentally competent to stand trial in this case. It is further ORDERED, pursuant to 18 U.S.C. § 4241(f), that the court's finding of the defendant's mental competency to stand trial, and the report on which the finding is based, shall not be admissible as evidence in the trial of this case, and shall not prejudice

the defendant from raising the issue of insanity as a defense to the offense charged or the issue of his mental health for any other permissible purpose.

DONE this 23rd day of March, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE