IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

## RESPONSE TO MOTION TO SUPPRESS STATEMENTS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to the motion filed by the defendant herein, the following is submitted:

1.  Defendant filed his motion to suppress on October 10, 2006. On October 13, 2006, an order was issued staying submissions on pre-trial motions pending mental competency evaluation of the defendant. In defendant's motion to suppress, he provided that if the psychiatric evaluations conclude Mr. Strickland was able to knowingly and intentionally waive his Miranda rights and voluntarily provide a statement, this motion may be withdrawn. Then on March 22, 2007, a hearing was held on the issue of defendant's competency. The report regarding the defendant's competency and criminal responsibility, which were issued after his evaluation at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, was entered as Court's Exhibit 1. At the conclusion of the March 22 hearing, the Court noted the motion to suppress was still at issue and would be returned to the Magistrate Judge for further proceeding. This response is now submitted.

2.  The United States has no information to support the defendant's allegation that his Miranda waiver was not voluntary or that his wavier was not knowingly or intelligently provided.

The case report shows only that the defendant was advised of his constitutional rights and agreed to be interviewed. The defendant was interviewed on May 31, 2006, by the Leon County Sheriff's Office and again on June 2, by J.D. Tynan, Postal Inspector from Montgomery, Alabama. On both occasions the defendant gave statements admitting his participation in the Post Office robbery.

     3. The United States submits that because of the defendant's recognized mental issues and his purported cocaine use, a hearing on the motion to suppress is the only way for the Court to determine whether or not the defendant knowingly and voluntarily waived his constitutional rights.

     Respectfully submitted this the 23rd day of March, 2007.

                                   LEURA G. CANARY
                                   UNITED STATES ATTORNEY

                                   /s/ Kent B. Brunson
                                   KENT B. BRUNSON
                                   Assistant United States Attorney
                                   Post Office Box 197
                                   Montgomery, Alabama 36101-0197
                                   Phone: 334.223.7280
                                   FAX: 334.223.7135
                                   E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler, Esq

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Kent B. Brunson
    KENT B. BRUNSON
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    Phone: 334.223.7280
    FAX: 334.223.7135
    E-mail: kent.brunson@usdoj.gov