IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 06-165 |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**ORDER**

On October 10, 2006, the defendant filed a motion to suppress. (Doc. No. 16.) Accordingly, it is

ORDERED that a status and scheduling conference by telephone be and is hereby set on April 2, 2007, at 9:30 a.m. The Government shall set up the teleconference.

Done this 27th day of March, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE