IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**ORDER**

On October 10, 2006, the defendant filed a motion to suppress (doc. # 16). Upon consideration of the motion for leave to file a motion to suppress, and for good cause, it is

ORDERED that on or before **May 2, 2007**, the United States shall file a response to the defendant's motion to suppress. It is further

ORDERED that an evidentiary hearing on the motion to suppress be and is hereby SET for **1:30 p.m. on May 16, 2007** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk is directed to provide a court reporter for this proceeding.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 25th day of April, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE