IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**<u>ORDER</u>**

It is ORDERED that the case is set for trial before the undersigned on the trial term beginning on **June 4, 2007,** and that the Magistrate Judge shall conduct a pretrial conference prior to the trial term and enter a pretrial conference order.

DONE this 27th day of April, 2007.

                                             /s/  W.  Keith Watkins
                                         UNITED STATES DISTRICT JUDGE