IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**ORDER**

For good cause, it is ordered that the suppression hearing set for 1:30 p.m. on May 16, 2007, be and is hereby reset to 2:30 p.m. on May 16, 2007, in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 11th day of May 2007.

                                                /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE