IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   2:06cr165-WKW |
| | ) |
| DANIEL RYAN STRICKLAND | ) |

**UNOPPOSED MOTION FOR MENTAL COMPETENCY EXAMINATION
AND STAY FURTHER PROCEEDINGS PENDING COMPETENCY EVALUATION**

NOW COMES undersigned counsel, Kevin L. Butler, and respectfully requests pursuant to 18 U.S.C. § 4241 for a Court Order directing the United States Marshals Service to move Mr. Strickland into the custody of a Federal Bureau of Prisons Medical Center for the purpose of a competency examination by one or more qualified psychiatrists. The defense further requests that any future proceedings be stayed pending this evaluation.[1] In support of this Motion, the Defendant states:

1. Mr. Strickland is charged in this case with robbery of a post office. He has been detained pending trial.

2. Since undersigned counsel's appointment, Mr. Strickland has attempted suicide at least four times.

2. During the week of May 6-12, 2007:

   a. Mr. Strickland again attempt to commit suicide and was hospitalized.

   b. Upon release from the hospital, Mr. Strickland injured himself by striking a wall and

---

[1] If this motion is granted, once Mr. Strickland's mental health condition stabilizes and he is competent, undersigned counsel may request further proceedings be conducted by video conference from the psychiatric facility so as to minimize the chance that Mr. Strickland's mental health condition deteriorates during transportation to (or while held in) this District.

1

       was subsequently hospitalized again.

    c.    Has informed counsel that he is hearing voices that are telling him things.

    d.    Has informed counsel that he thinks he is "breaking down" and he "can't focus on his case."

4.    Mr. Strickland has been informed that undersigned counsel would be seeking a court ordered evaluation and that the evaluation would delay a resolution of his case. After being informed of this, Mr. Strickland still requests the evaluation and does not oppose the necessary delays it may cause.[2]

5.    As this delay will assist Mr. Strickland in his ability to understand the proceedings and assist counsel, as well as assist the Court in evaluating potential culpability issues and potential sentencing issues, pursuant to 18 U.S.C. § 4241 and in the interest of justice, the defense asks the Court to stay further proceedings in this matter and have the Federal Bureau of Prisons conduct a competency examination of Mr. Strickland.

6.    Counsel for the government, Kent Brunson Esq., does not oppose this request.

WHEREFORE, pursuant to 18 U.S.C. § 4241, the Defendant prays that his Motion be granted and that the court will designate Mr. Strickland to the custody of the Federal Bureau of Prison for the purpose of a competency evaluation.

---

[2] Additionally, initial investigation of Mr. Strickland's criminal history indicates that he may be a career criminal. Therefore any delay caused by a mental health evaluation will not cause any unnecessary/extended incarceration.

Dated this 15th day of May, 2007.

                        Respectfully submitted,

                        s/ Kevin L. Butler
                        KEVIN L. BUTLER
                        First Assistant Federal Defender
                        201 Monroe Street, Suite 407
                        Montgomery, Alabama 36104
                        Phone: (334) 834-2099
                        Fax: (334) 834-0353
                        E-mail: kevin_butler@fd.org
                        AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 2:06cr165-WKW |
| | ) | |
| **DANIEL RYAN STRICKLAND** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Jesse Seroyer, United States Marshal
One Church Street
Montgomery, Alabama 36104

                        Respectfully submitted,

                        s/ Kevin L. Butler
                        KEVIN L. BUTLER
                        First Assistant Federal Defender
                        201 Monroe Street, Suite 407
                        Montgomery, Alabama 36104
                        Phone: (334) 834-2099
                        Fax: (334) 834-0353
                        E-mail: kevin_butler@fd.org
                        AZ Bar Code: 014138