IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. NO. 2:06cr165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**ORDER**

The defendant has filed a motion (doc. # 33) requesting a competency examination which the court has granted by separate order. Presently, a hearing on the defendant's motion to suppress is set for May 16, 2007. Based on the court's granting of the defendant's motion for a competency examination, it is

ORDERED that the hearing on the motion to suppress be and is hereby CONTINUED generally.

Done this 16th day of May, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE