IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**<u>ORDER</u>**

It is ORDERED that the case is removed from the June 4, 2007 trial term and that the trial is CONTINUED generally.

DONE this 16th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE