IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | 2:06cr165-WKW |
| ) | |
| DANIEL RYAN STRICKLAND ) | |

**UNOPPOSED MOTION FOR PRETRIAL
INCARCERATION AT PSYCHIATRIC FACILITY**

NOW COMES undersigned counsel, Kevin L. Butler, and respectfully requests, pursuant to 18 U.S.C. § 3142(i), an Order directing the Attorney General to house the Defendant in a psychiatric facility pending adjudication of the matter.[1] In support of this Motion, the Defendant states:

1. Mr. Strickland is charged in this case with robbery of a post office. He has been detained pending trial.

2. Pending trial and while housed at the Montgomery County Jail, Mr. Strickland has attempted suicide at least four (4) times and engaged in self mutilation (by severely cutting his arms) over eight (8) times.

3. Based upon this conduct and other mental health concerns, on two occasions, Mr. Strickland has been ordered to a Federal Bureau of Prisons medical facility for a psychiatric evaluations.

4. Mr. Strickland is currently at a BOP medical facility. His psychiatric condition appears to have stabilized and based upon undersigned counsel's phone calls with him he presently

---

[1] This motion should not be construed as a further request for mental health evaluation. This motion is being filed to provide Mr. Strickland with the best psychiatric care pending trial and to help eliminate the possibility of Mr. Strickland becoming incompetent to proceed forward in the matter.

appears competent to proceed to trial.[2]

5. However, at this time, the medical facility wishes to return Mr. Strickland to this district for further proceedings.

6. While at the BOP medical facility, Mr. Strickland appears to remain competent to proceed forward with the case. However, it is undersigned counsel's firm belief that, as in the past, upon his return to this district and while housed at the Montgomery City Jail, Mr. Strickland's psychiatric condition will quickly deteriorate.

7. Undersigned counsel, after consulting with the United States Marshals Office for the Middle District of Alabama, believes that, pending adjudication of the matter, Mr. Strickland should be held at a Federal Bureau of Prison psychiatric facility. If Mr. Strickland begins to engage in self-destructive behavior, these facilities are far better equipped to handle Mr. Strickland's special needs than the Montgomery City Jail.[3]

8. Undersigned counsel will travel to the facility to conduct any necessary pretrial proceedings by way of teleconference.

9. Counsel for the government, Kent Brunson Esq., through Louis Franklin, Chief of the Criminal Division, does not oppose this request.

10. The United States Marshals Office, through Pam Harding, also does not oppose this request.

---

[2] Undersigned counsel will be traveling to the psychiatric facility to verify if the defendant is competent.

[3] The Montgomery City Jail makes its best effort to monitor Mr. Strickland. However, given the volume of prisoners and the limited space, Mr. Strickland is usually placed in an observation area. In this area he is provided medication and given minimal clothing so as to avoid his clothing being used as a harmful object. Under these circumstances, Mr. Strickland has still managed to attempt suicide four times and continually self mutilate himself.

WHEREFORE, pursuant to 18 U.S.C. § 3142(i), the Defendant prays that his Motion be granted and the Attorney General ordered to house Mr. Strickland at a psychiatric medical facility pending trial and potential sentencing.

Dated this 13th day of July, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 2:06cr165-WKW |
| | ) | |
| **DANIEL RYAN STRICKLAND** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Jesse Seroyer, United States Marshal
One Church Street
Montgomery, Alabama 36104

                Respectfully submitted,

                s/ Kevin L. Butler
                KEVIN L. BUTLER
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138