IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr165-CSC |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

## ORDER

Upon consideration of the defendant's *Unopposed Motion for Pretrial Incarceration at Psychiatric Facility* (doc. #37) , it is

**ORDERED** that this matter be and is hereby set for a status conference by telephone on **July 18, 2007, at 3:00 p.m.** The United States shall set up the telephone conference call.

Done this 18th day of July, 2007.

　　　　/s/Charles S. Coody　　　　
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE