IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06CR165-WKW |
| | ) | (WO) |
| DANIEL RYAN STRICKLAND | ) | |

**<u>ORDER</u>**

It is evident to the court that when the defendant in this case is incarcerated in a typical jail facility his mental condition deteriorates rapidly which results in the need for restorative therapy. This situation obviously impairs the court's ability to bring this case to a final conclusion. Accordingly, upon consideration of the motion for pretrial incarceration at psychiatric facility (doc. # 37) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED and that the Attorney General of the United States be and is hereby ORDERED to incarcerate the defendant at an appropriate federal psychiatric facility pending the trial and other proceedings in this case. It is further

ORDERED that the defendant be kept separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

The United States Marshal for this District is DIRECTED to insure that the

defendant appears for the trial of this case at the time that trial is set.

    Done this 23rd day of July, 2007.


                                                     /s/Charles S. Coody
                                       CHARLES S. COODY
                                       CHIEF UNITED STATES MAGISTRATE JUDGE