IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**ORDER**

It is ORDERED that a hearing will be held to determine the defendant's mental competency on **August 16, 2007, at 3:00 p.m.**

It is further ORDERED that the case is set for trial before the undersigned on the trial term beginning on **November 5, 2007,** and that the Magistrate Judge shall conduct a pretrial conference prior to the trial term and enter a pretrial conference order.

DONE this 3rd day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE