IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 2:06cr165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

### UNOPPOSED MOTION TO CONTINUE MENTAL COMPETENCY HEARING

NOW COMES the Defendant by and through undersigned counsel, Kevin L. Butler, and respectfully requests the Competency Hearing currently scheduled for August 16, 2007, be continued until August 28, 2007. In support of this Motion, the Defendant states:

1. A competency hearing in this matter is presently scheduled for August 16, 2007.

2. Because of mental health issues and the parties' desire to have Mr. Strickland remain competent prior to trial, Mr. Strickland is presently being held at the Federal Bureau of Prison's medical facility in Springfield, Illinois

3. Undersigned counsel is presently making arrangements to have the competency hearing conducted via video conferencing at the Springfield facility. Undersigned counsel will be present with Mr. Strickland in Springfield during the video proceedings.

4. Undersigned counsel needs additional time to finalize with the facility and this Court the video conferencing arrangements and make arrangements to travel to Springfield, Illinois. Therefore, it is in the interest of justice to continue the competency hearing until on or after August 28, 2007.

5. Counsel for the government, Kent Brunson Esq., does not oppose this request.

WHEREFORE, the Defendant prays that his Motion be granted.

Dated this 9th day of August, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 2:06cr165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                Respectfully submitted,

                                                s/ Kevin L. Butler
                                                KEVIN L. BUTLER
                                                First Assistant Federal Defender
                                                201 Monroe Street, Suite 407
                                                Montgomery, Alabama 36104
                                                Phone: (334) 834-2099
                                                Fax: (334) 834-0353
                                                E-mail: kevin_butler@fd.org
                                                AZ Bar Code: 014138