IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

### **ORDER**

Upon consideration of the defendant's Unopposed Motion to Continue Mental Competency Hearing (Doc. # 43), it is ORDERED that the motion is GRANTED. It is further ORDERED that the hearing to determine the defendant's mental competency previously scheduled on August 16, 2007, is CONTINUED to **August 28, 2007, at 2:00 p.m.**

DONE this 10th day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE