IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
        v                       )            CR. NO. 06cr165-WKW
                                )
DANIEL RYAN STRICKLAND          )

**ORDER**

For good cause, it is

ORDERED that a status and scheduling conference by telephone be and is hereby

set on August 29, 2007, at 9:30 a.m.  The Government shall set up the teleconference.

Done this 14th day of August, 2007.


        /s/ Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE