IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**AMENDED ORDER**

It is ORDERED that the mental competency hearing set for **August 28, 2007**, at 2:00 p.m. will be held in Courtroom **2F** in the Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama. The defendant will participate by video conference.

DONE this 15th day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE