IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.  2:06CR165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |
| | ) | |

**ORDER**

Based upon this court's order setting the trial in the above-case for November 5, 2007, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **September 21, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 29th day of August, 2007.

                                          /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE