IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**<u>ORDER</u>**

Upon defense counsel's motion, and pursuant to 18 U. S. C. § 4241(b) and 4247(b) & (c), the court ordered that Defendant Daniel Ryan Strickland undergo another psychiatric or psychological examination and that the resulting report be filed with the court. The psychiatric or psychological report, by Dia N. Brannen under the supervision of Dr. Richart L. DeMeir, was filed on July 30, 2007. The court conducted a hearing on August 28, 2007, pursuant to 18 U. S. C. § 4241(c) and 4247(d).

At the hearing, counsel stipulated to the admissibility of the report, and it was received into evidence without objection. Defense counsel further represented to the court that he did not contest the finding that the defendant is competent to assist in his defense. Mr. Strickland, in response to direct questioning by the court, indicated that he is in incarcerated in the United States Medical Center for Federal Prisoners in Springfield, Missouri, for his evaluation, and that he has met with defense counsel and that he feels he is able to assist in his defense.

Upon consideration of the report and the court's observations of Mr. Strickland, the court finds that the defendant is competent to assist in his defense; that he possesses the requisite rational understanding of his charges, legal options, and the key personnel associated with the judicial system; and that his previous behavior does not stem from a mental disease or defect that would adversely impact his ability to proceed in this case. *See* 18 U. S. C. § 4241(d).

Accordingly, it is ORDERED that Defendant Daniel Ryan Strickland is declared mentally competent to proceed with his case and to assist in his defense.  It is FURTHER ORDERED, pursuant to 18 U. S. C. § 4241(f), that the court's finding of the defendant's mental competency, and the report on which the finding is based, shall not be admissible as evidence in the trial of this case, and shall not prejudice the defendant from raising the issue of insanity as a defense to the offense charged or the issue of his mental health for any other permissible purpose.

It is  FURTHER ORDERED, that the defendant remain at the United States Medical Center for Federal Prisoners in Springfield, Missouri, or comparable facility, until his case is tried or, should he enter a plea of guilty, until his sentencing.

DONE this 29th day of August, 2007.

    /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE