IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 2:06cr165-WKW |
| | ) | |
| **DANIEL RYAN STRICKLAND** | ) | |

## MOTION TO WITHDRAW MOTION TO SUPPRESS STATEMENTS

**NOW COMES** the Defendant, Daniel Ryan Strickland, by and through undersigned counsel, Kevin L. Butler, and withdraws the Motion to Suppress Statements (Docket No.: 15) filed on October 10, 2006.

**WHEREFORE**, the Defendant prays that his Motion be granted.

Dated this 30th day of August, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 2:06cr165-WKW |
| | ) | |
| **DANIEL RYAN STRICKLAND** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


    Respectfully submitted,


    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138