IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:06CR165-WKW |
| ) | |
| DANIEL RYAN STRICKLAND ) | |

**ORDER**

Upon consideration of the motion to withdraw the motion to suppress statements (doc. # 51) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 7th day of September, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE