IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 2:06cr165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant, **DANIEL RYAN STRICKLAND**, by and through undersigned counsel, Kevin L. Butler, and respectfully moves this Court to continue the trial of this matter past the currently scheduled November 5, 2007 trial term. In support of this Motion, Defendant would show the following:

1. Mr. Strickland is currently housed at the Federal Bureau of Prisons medical facility in Springfield, Illinois.

2. This case will not proceed to trial. All parties have agreed to a change of plea hearing by video teleconference. However, arrangements cannot be completed on or before the trial date of November 5, 2007.

3. Undersigned counsel is expecting his first child during the week of October 21, 2007. After the birth of the child undersigned counsel is scheduled to take two weeks paternity leave.

4. The government does not oppose this continuance.

5. While requests for a continuance are addressed to the sound discretion of the trial court, United States v. Darby, 744 F.2d 1508, 1521( 11thCir. 1984),reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 ( 1985), undersigned counsel feels that, in this case, the ends of justice will be served by allowing the defense time to make arrangements to have the change of plea hearing by

1

video teleconference.

**WHEREFORE**, Mr. Strickland respectfully requests that this Motion be granted and the trial in this matter be continued from the November 5, 2007 trial term.

Dated this 16th day of October 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 2:06cr165-WKW |
| | ) | |
| **DANIEL RYAN STRICKLAND** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

        Respectfully submitted,

        s/ Kevin L. Butler
        KEVIN L. BUTLER
        First Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail: kevin_butler@fd.org
        AZ Bar Code: 014138