**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **2:06cr165-WKW** |
| | **)** | |
| **DANIEL RYAN STRICKLAND** | **)** | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant, **DANIEL RYAN STRICKLAND**, by and through undersigned counsel, Kevin L. Butler, and respectfully moves in the interest of justice and pursuant to 18 U.S.C. §§ 3161 (h)(1)(A), (h)(1)(H); (h)(1)(I); (h)(4); (h)(8)(i); (h)(8)(ii) and (h)(8)(B)(iv) for an order continuing the trial of this matter past the currently scheduled February 4, 2008 trial term. In support of this Motion, Defendant would show the following:

1.    Because of chronic mental health issues, pending trial, Mr. Strickland has been housed at the Federal Bureau of Prisons medical facility in Springfield, Illinois.

2.    This case will not proceed to trial and the parties have negotiated a final plea agreement for consideration of the court. Additionally, all parties have agreed to a change of plea hearing by video teleconference.

3.    Undersigned counsel will be flying to Springfield, Missouri for the video-conference change of plea hearing and coordinating all procedural and technical matters related to the plea.

4.    However, it is not anticipated that all of these matters will be completed on or before the presently scheduled trial date.[1]  Therefore, it is in the interest of justice to continue trial.

---

[1]    It is anticipated the video-conference hearing will be completed on or before February 4, 2008.

5.      Daniel Strickland and the government, through Kent Brunson, Esq., do not oppose this continuance, as it is being requested to facilitate a smooth resolution of this case.

6.      While requests for a continuance are addressed to the sound discretion of the trial court, United States v. Darby, 744 F.2d 1508, 1521( 11thCir. 1984),reh'g denied 749 F.2d 733, cert. denied, 471 U.S. 1100 ( 1985).  Additionally, pursuant to 18 U.S.C. §§ 3161 (h)(1)(A), (h)(1)(H); (h)(1)(I); (h)(4); (h)(8)(i); (h)(8)(ii) and (h)(8)(B)(iv) this court has the authority to continue trial where the interest of justice are served by allowing counsel adequate time to address complex issues involved in resolving a case in which mental health limitations of the defendant mandate resolution of the matter by video teleconference.

**WHEREFORE**, Mr. Strickland respectfully requests that this Motion be granted and the trial in this matter be continued from the February 4, 2008 trial term.

Dated this 23rd day of January 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

2

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 2:06cr165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138