IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:06cr165-WKW |
| ) | |
| **DANIEL RYAN STRICKLAND** ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **DANIEL RYAN STRICKLAND,** by and through undersigned counsel, Kevin L. Butler, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 24th day of January, 2008.

                                                  Respectfully submitted,

                                                s/ Kevin L. Butler
                                                KEVIN L. BUTLER
                                                First Assistant Federal Defender
                                                201 Monroe Street, Suite 407
                                                Montgomery, Alabama 36104
                                                Phone: (334) 834-2099
                                                Fax: (334) 834-0353
                                                E-mail: kevin_butler@fd.org
                                                AZ Bar Code: 014138

1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:06cr165-WKW |
| ) | |
| **DANIEL RYAN STRICKLAND** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138