IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 FEB -6 P 2: 58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 2:06cr165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

## CONSENT TO PROCEED BY VIDEO CONFERENCE

The undersigned Defendant, after being first advised of his rights to be physically present before the Court for his sentencing hearing as guaranteed him by the Federal Rules of Criminal Procedure, hereby waives his right to be physically present for his sentencing hearing, and confirms that he requested and consented to enter his sentence by video conference.

This 5th day of February, 2008.

X _____
Daniel Ryan Strickland