IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-CR-165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**<u>ORDER</u>**

For good cause, it is

ORDERED that the February 25, 2008, report concerning the defendant's treatment at the U.S. Medical Center, Springfield, Missouri, be filed under seal pending further order of the court.

Done this 3rd day of March, 2008.


            /s/Charles S. Coody
     CHARLES S. COODY
     CHIEF UNITED STATES MAGISTRATE JUDGE