IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06-CR-165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

## ORDER

On August 29, 2007, the court ordered (doc. # 50) that the defendant remain "at the United States Medical Center for Federal Prisoners in Springfield, Missouri, or comparable facility, until his case is tried or, should he enter a plea of guilty, until his sentencing." The defendant has entered a guilty plea which has been accepted by the court. Medical officials now confirm that the defendant is no longer in need of treatment. Accordingly, and with the consent of the District Judge who entered the prior order, it is

ORDERED that the portion of the August 29, 2007, order (doc. # 50) requiring Strickland to remain at the Medical Center be and is hereby VACATED and that the United States Marshal for this District as soon as possible shall return Strickland to this District where, pursuant to 18 U.S.C. § 3143(a) he shall be detained pending sentencing which is presently set for April 18, 2008.

Done this 3rd day of March, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE