## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 2:06cr165-WKW** |
| ) | |
| **DANIEL RYAN STRICKLAND** ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

NOW COMES undersigned counsel, Kevin L. Butler, and respectfully moves to continue the sentencing hearing scheduled for April 18, 2008, at 9:30 a.m., before the Honorable Keith Watkins. In support of this Motion, undersigned counsel states:

1. Undersigned counsel is on paternity leave and will not return to the office until April 21, 2008.

2. As such, undersigned counsel would respectfully request that the sentencing hearing be continued for two (2) weeks.

3. Counsel for the government, Kent Brunson, does not oppose this requested continuance.

WHEREFORE, the Defendant prays that his Motion be granted and that the sentencing hearing be continued for two (2) weeks.

Dated this 9th day of April, 2008.

             Respectfully submitted,


             s/ Kevin L. Butler
             KEVIN L. BUTLER
             First Assistant Federal Defender
             201 Monroe Street, Suite 407
             Montgomery, Alabama 36104
             Phone: (334) 834-2099
             Fax: (334) 834-0353
             E-mail: kevin_butler@fd.org
             AZ Bar Code: 014138

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:06cr165-WKW |
| ) | |
| **DANIEL RYAN STRICKLAND** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                   Respectfully submitted,

                                                   s/ Kevin L. Butler
                                                 KEVIN L. BUTLER
                                                 First Assistant Federal Defender
                                                 201 Monroe Street, Suite 407
                                                 Montgomery, Alabama 36104
                                                 Phone: (334) 834-2099
                                                 Fax: (334) 834-0353
                                                 E-mail: kevin_butler@fd.org
                                                 AZ Bar Code: 014138