IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )   )| |
| V. ) | CR. No.: 2:06cr165-WKW |
| ) | |
| DANIEL RYAN STRICKLAND ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, Daniel Strickland, by and through undersigned counsel, Kevin L. Butler, and moves without opposition, for good cause and pursuant to Fed. R. Crim. P. 32(b) for an order continuing sentencing from April 29, 2008. In support of this motion, the Defendant would show the following:

1.  Pending sentencing Mr. Strickland has been housed at the psychiatric facility at the BOP in Springfield, Missouri.

2.  After Mr. Strickland entered his plea of guilty, the U.S. Probation timely prepared a Presentence Investigation Report (PSI) in this case.

3.  After being provided with the draft PSI, because of his remote location, undersigned counsel has not been able to meet personally with Mr. Strickland to review the report to determine if there are any objections.

4.  Undersigned counsel has been informed that Mr. Strickland is now located in the temporary holding facility in Atlanta, Georgia and will be arriving in this district on April 25, 2008.

5.  Once Mr. Strickland arrives in this district, undersigned counsel will need an additional two (2) weeks to review the PSI with the Defendant, confer with government counsel and

1

allow the U.S. Probation Office to address any potential objections.

      6.     Counsel for the government, Kent Brunson, and the United States Probation Office do not oppose this requested continuance.

     WHEREFORE, for these reasons, the Defendant prays that this Motion be granted and that the sentencing hearing be continued until on or after May 14, 2008.

     Dated this 23rd day of April, 2008.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )    CR. No.: 2:06cr165-WKW |
| | ) |
| **DANIEL RYAN STRICKLAND** | ) |

CERTIFICATE OF SERVICE

    I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                           Respectfully submitted,

                                           s/ Kevin L. Butler
                                           KEVIN L. BUTLER
                                           First Assistant Federal Defender
                                           201 Monroe Street, Suite 407
                                           Montgomery, Alabama 36104
                                           Phone: (334) 834-2099
                                           Fax: (334) 834-0353
                                           E-mail: kevin_butler@fd.org
                                           AZ Bar Code: 014138