IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

**<u>ORDER</u>**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing (Doc. # 73), it is ORDERED that the motion is GRANTED. It is further ORDERED that the sentencing hearing is CONTINUED from April 29, 2008, to **May 15, 2008, at 9:15 a.m.**

DONE this 24th day of April, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE