UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_northern_ DIVISION

RECEIVED
2008 AUG 21   A 10: 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Daniel R Strickland  )
Plaintiff,          )
                    )
vs.                 )    CIVIL ACTION NO. 2:06-CR-165-WKW
                    )
                    )
                    )
United States America )
Defendant.          )

NOTICE OF APPEAL

Notice is hereby given that __Daniel Ryan Strickland__ above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the __Judgment__ entered in this action on the __15th__ day of __May__, 2008.

__Daniel R Strickland__
Signature

__08/18/08__
Date of Signature

__Leon County Jail__
__Po box 2278, Tallahassee, Fl 32316__
Address