Date: 09/21/2007　　　　　　　　　　　　　　　　　Federal Bureau of Prisons　　　　　　　　　　　　　　　　　Facility: SPG
Time: 11:45:55 am　　　　　　　　　　　　　　　　　　　　　TRUFACS

# Inmate Statement

Sensitive But Unclassified

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12027002 | Living Quarters: | Z01-014L |
| Inmate Name: | STRICKLAND, DANIEL RYAN | Arrived From: | ATL |
| Current Site Name: | Springfield MCFP | Transferred To: | |
| Housing Unit: | SPG-Z-Z | Account Creation Date: | 10/17/2006 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| ATL | 10/10/2006 02:52:43 PM | GJV0001 | | | Phone Rev With Rel | $12.87 | | $52.87 |
| ATL | 10/10/2006 02:53:25 PM | GWH0006 | | | WUNK Transfer Out | ($52.87) | | $0.00 |
| | Total Transactions: | 2 | | | | | | |
| SPG | 10/18/2006 10:06:59 AM | GWH0006 | | | WUNK Transfer In | $52.87 | | $52.87 |
| SPG | 10/19/2006 03:16:16 AM | TX101906 | | | Transfer - Out to TRUFACS | ($52.87) | | $0.00 |
| | Total Transactions: | 2 | | | | | | |
| ATL | 10/19/2006 04:16:14 AM | TX101906 | | | Transfer - In from TRUFACS | $52.87 | | $52.87 |
| ATL | 10/20/2006 07:32:53 PM | ITS1020 | | | Phone Withdrawal | ($10.00) | | $42.87 |
| | Total Transactions: | 2 | | | | | | |
| SPG | 10/26/2006 03:22:29 AM | TX102606 | | | Transfer - In from TRUFACS | $52.87 | | $52.87 |
| | Total Transactions: | 1 | | | | | | |
| ATL | 10/26/2006 04:22:27 AM | ITS1026 | | | Phone Withdrawal | $10.00 | | $52.87 |
| ATL | 10/26/2006 04:22:27 AM | TX102606 | | | Transfer - Out to TRUFACS | ($52.87) | | $0.00 |
| ATL | 10/26/2006 09:12:58 AM | 42 | | | Sales | $0.00 | | $0.00 |
| | Total Transactions: | 3 | | | | | | |
| SPG | 10/31/2006 12:19:39 PM | TFN1031 | | | Phone Withdrawal | ($10.00) | | $42.87 |
| SPG | 11/03/2006 08:09:00 AM | 12 | | | Sales | ($35.90) | | $6.97 |
| SPG | 11/04/2006 12:10:12 PM | TFN1104 | | | Phone Withdrawal | ($6.00) | | $0.97 |
| SPG | 11/06/2006 05:23:46 AM | 70169803 | | | Lockbox - CD | $20.00 ✱ | | $20.97 |
| SPG | 11/07/2006 06:17:55 PM | TFN1107 | | | Phone Withdrawal | ($10.00) | | $10.97 |
| SPG | 11/09/2006 07:01:52 PM | TFN1109 | | | Phone Withdrawal | ($1.00) | | $9.97 |
| SPG | 11/10/2006 01:43:19 PM | TFN1110 | | | Phone Withdrawal | ($1.00) | | $8.97 |
| SPG | 11/18/2006 11:21:26 AM | TFN1118 | | | Phone Withdrawal | ($8.00) | | $0.97 |
| SPG | 11/19/2006 05:16:54 AM | 70170902 | | | Lockbox - CD | $25.00 ✱ | | $25.97 |
| SPG | 11/22/2006 12:27:47 PM | TFN1122 | | | Phone Withdrawal | ($5.00) | | $20.97 |
| SPG | 11/30/2006 11:48:16 AM | TFN1130 | | | Phone Withdrawal | ($20.00) | | $0.97 |

Date: 09/21/2007
Time: 11:45:56 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: SPG

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12027002 | Living Quarters: | Z01-014L |
| Inmate Name: | STRICKLAND, DANIEL RYAN | Arrived From: | ATL |
| Current Site Name: | Springfield MCFP | Transferred To: | |
| Housing Unit: | SPG-Z-Z | Account Creation Date: | 10/17/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 12/08/2006 05:10:36 AM | 70172201 | | | Lockbox - CD | $25.00 | | $25.97 |
| SPG | 12/09/2006 05:32:49 AM | 70172301 | | | Lockbox - CD | $20.00 | | $45.97 |
| SPG | 12/09/2006 10:38:22 AM | TFN1209 | | | Phone Withdrawal | ($15.00) | | $30.97 |
| SPG | 12/11/2006 12:25:21 PM | TFN1211 | | | Phone Withdrawal | ($3.00) | | $27.97 |
| SPG | 12/12/2006 06:55:22 PM | TFN1212 | | | Phone Withdrawal | ($3.00) | | $24.97 |
| SPG | 12/15/2006 08:37:41 AM | 24 | | | Sales | ($2.00) | | $22.97 |
| SPG | 12/15/2006 12:03:02 PM | TFN1215 | | | Phone Withdrawal | ($2.00) | | $20.97 |
| SPG | 12/15/2006 08:04:01 PM | TFN1215 | | | Phone Withdrawal | ($3.00) | | $17.97 |
| SPG | 12/16/2006 02:39:55 PM | TFN1216 | | | Phone Withdrawal | ($2.00) | | $15.97 |
| SPG | 12/20/2006 05:21:07 AM | 70173001 | | | Lockbox - CD | $50.00 | | $65.97 |
| SPG | 12/20/2006 09:20:44 AM | TFN1220 | | | Phone Withdrawal | ($4.00) | | $61.97 |
| SPG | 12/20/2006 04:48:25 PM | 13 | | | Sales | ($39.20) | | $22.77 |
| SPG | 12/20/2006 09:56:29 PM | TFN1220 | | | Phone Withdrawal | ($4.00) | | $18.77 |
| SPG | 12/21/2006 05:54:57 PM | TFN1221 | | | Phone Withdrawal | ($18.00) | | $0.77 |
| SPG | 01/15/2007 05:21:59 AM | 70174603 | | | Lockbox - CD | $25.00 | | $25.77 |
| SPG | 01/18/2007 06:01:30 PM | TFN0118 | | | Phone Withdrawal | ($15.00) | | $10.77 |
| SPG | 01/21/2007 11:56:57 AM | TFN0121 | | | Phone Withdrawal | ($2.00) | | $8.77 |
| SPG | 01/23/2007 10:55:04 AM | TFN0123 | | | Phone Withdrawal | ($8.00) | | $0.77 |
| SPG | 02/06/2007 05:44:11 AM | 70176101 | | | Lockbox - CD | $25.00 | | $25.77 |
| SPG | 02/06/2007 02:11:18 PM | TFN0206 | | | Phone Withdrawal | ($3.00) | | $22.77 |
| SPG | 02/08/2007 04:52:13 PM | TFN0208 | | | Phone Withdrawal | ($2.00) | | $20.77 |
| SPG | 02/09/2007 08:04:53 AM | 8 | | | Sales | ($19.90) | | $0.87 |
| SPG | 02/14/2007 10:12:56 AM | 0042 | | | Phone Rev With Admin | $0.10 | | $0.97 |
| | **Total Transactions:** | **34** | | | | | | |
| OKL | 02/15/2007 03:18:52 AM | TX021507 | | | Transfer - In from TRUFACS | $0.97 | | $0.97 |
| | **Total Transactions:** | **1** | | | | | | |
| SPG | 02/15/2007 03:18:52 AM | TX021507 | | | Transfer - Out to TRUFACS | ($0.97) | | $0.00 |

Page 3

Date: 09/21/2007
Time: 11:45:56 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: SPG

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12027002 | Living Quarters: | Z01-014L |
| Inmate Name: | STRICKLAND, DANIEL RYAN | Arrived From: | ATL |
| Current Site Name: | Springfield MCFP | Transferred To: | |
| Housing Unit: | SPG-Z-Z | Account Creation Date: | 10/17/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | Total Transactions: | 1 | | | | | | |
| OKL | 02/27/2007 03:18:52 AM | TX022707 | | | Transfer - Out to TRUFACS | ($0.97) | | $0.00 |
| | Total Transactions: | 1 | | | | | | |
| ATL | 02/27/2007 04:18:51 AM | TX022707 | | | Transfer - In from TRUFACS | $0.97 | | $0.97 |
| ATL | 03/08/2007 02:15:51 PM | GWH0281 | | | WUNK Transfer Out | ($0.97) | | $0.00 |
| | Total Transactions: | 2 | | | | | | |
| SPG | 05/19/2007 04:03:18 AM | TX051907 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| | Total Transactions: | 1 | | | | | | |
| ATL | 05/19/2007 05:03:18 AM | TX051907 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |
| | Total Transactions: | 1 | | | | | | |
| SPG | 05/21/2007 07:05:20 AM | GWH0281 | | | WUNK Transfer In | $0.97 | | $0.97 |
| SPG | 06/08/2007 05:43:59 AM | 70184701 | | | Lockbox - CD | $100.00 ✱ | | $100.97 |
| SPG | 06/08/2007 07:28:50 AM | 1 | | | Sales | ($63.60) | | $37.37 |
| SPG | 06/08/2007 11:30:55 AM | TFN0608 | | | Phone Withdrawal | ($20.00) | | $17.37 |
| SPG | 06/10/2007 10:56:58 AM | TFN0610 | | | Phone Withdrawal | ($7.00) | | $10.37 |
| SPG | 06/12/2007 05:10:28 PM | TFN0612 | | | Phone Withdrawal | ($5.00) | | $5.37 |
| SPG | 06/15/2007 08:00:56 AM | 19 | | | Sales | ($2.90) | | $2.47 |
| SPG | 06/19/2007 05:21:32 PM | TFN0619 | | | Phone Withdrawal | ($2.00) | | $0.47 |
| SPG | 06/22/2007 03:03:17 PM | GICD0607 - 843 | | | Debt Encumbrance | | ($0.47) | |
| SPG | 07/06/2007 05:35:35 AM | 70186601 | | | Lockbox - CD | $30.00 ✱ | | $30.47 |
| SPG | 07/06/2007 05:35:35 AM | GICD0607 - 875 | | | Debt Encumbrance | | ($1.53) | |
| SPG | 07/07/2007 12:10:24 AM | GICD0607 - 875 | | | Debt Encumbrance - Released | | $1.53 | |

Page 4

Date: 09/21/2007  
Time: 11:45:56 am  

# Federal Bureau of Prisons
## TRUFACS
### Inmate Statement
Sensitive But Unclassified

Facility: SPG

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12027002 | Living Quarters: | Z01-014L |
| Inmate Name: | STRICKLAND, DANIEL RYAN | Arrived From: | ATL |
| Current Site Name: | Springfield MCFP | Transferred To: | |
| Housing Unit: | SPG-Z-Z | Account Creation Date: | 10/17/2006 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 07/07/2007 12:10:24 AM | GICD0607 - 843 | | | Debt Encumbrance - Released | | $0.47 | |
| SPG | 07/07/2007 12:10:24 AM | GICD0607 | | | Inmate Co-pay | ($2.00) | | $28.47 |
| SPG | 07/07/2007 10:02:52 AM | TFN0707 | | | Phone Withdrawal | ($10.00) | | $18.47 |
| SPG | 07/08/2007 09:31:44 AM | TFN0708 | | | Phone Withdrawal | ($10.00) | | $8.47 |
| SPG | 07/09/2007 11:28:46 AM | TFN0709 | | | Phone Withdrawal | ($4.00) | | $4.47 |
| SPG | 07/11/2007 01:10:34 PM | TFN0711 | | | Phone Withdrawal | ($2.00) | | $2.47 |
| SPG | 07/12/2007 05:21:04 PM | TFN0712 | | | Phone Withdrawal | ($1.00) | | $1.47 |
| SPG | 07/13/2007 08:03:31 AM | 7 | | | Sales | ($1.45) | | $0.02 |
| SPG | 07/28/2007 05:00:45 AM | 70188201 | | | Lockbox - CD | $100.00 | | $100.02 |
| SPG | 07/28/2007 10:18:01 AM | TFN0728 | | | Phone Withdrawal | ($7.00) | | $93.02 |
| SPG | 07/28/2007 12:56:16 PM | TFN0728 | | | Phone Withdrawal | ($3.00) | | $90.02 |
| SPG | 07/29/2007 11:40:52 AM | TFN0729 | | | Phone Withdrawal | ($2.00) | | $88.02 |
| SPG | 07/31/2007 04:50:27 PM | TFN0731 | | | Phone Withdrawal | ($2.00) | | $86.02 |
| SPG | 08/01/2007 12:18:28 PM | TFN0801 | | | Phone Withdrawal | ($2.00) | | $84.02 |
| SPG | 08/02/2007 05:45:14 PM | TFN0802 | | | Phone Withdrawal | ($3.00) | | $81.02 |
| SPG | 08/02/2007 07:49:00 PM | TFN0802 | | | Phone Withdrawal | ($2.00) | | $79.02 |
| SPG | 08/03/2007 08:09:59 AM | 15 | | | Sales | ($36.55) | | $42.47 |
| SPG | 08/03/2007 01:38:17 PM | TFN0803 | | | Phone Withdrawal | ($2.00) | | $40.47 |
| SPG | 08/03/2007 01:48:29 PM | TFN0803 | | | Phone Withdrawal | ($3.00) | | $37.47 |
| SPG | 08/04/2007 07:58:27 AM | TFN0804 | | | Phone Withdrawal | ($3.00) | | $34.47 |
| SPG | 08/04/2007 09:06:21 AM | TFN0804 | | | Phone Withdrawal | ($3.00) | | $31.47 |
| SPG | 08/06/2007 12:16:02 PM | TFN0806 | | | Phone Withdrawal | ($3.00) | | $28.47 |
| SPG | 08/06/2007 01:08:47 PM | TFN0806 | | | Phone Withdrawal | ($3.00) | | $25.47 |
| SPG | 08/07/2007 05:23:22 PM | TFN0807 | | | Phone Withdrawal | ($3.00) | | $22.47 |
| SPG | 08/10/2007 07:49:35 AM | 16 | | | Sales | ($21.45) | | $1.02 |
| SPG | 08/11/2007 12:30:11 PM | TFN0811 | | | Phone Withdrawal | ($1.00) | | $0.02 |
| SPG | 08/16/2007 05:11:39 AM | 70189501 | | | Lockbox - CD | $30.00 | | $30.02 |
| SPG | 08/17/2007 05:21:35 AM | 70189601 | | | Lockbox - CD | $25.00 | | $55.02 |
| SPG | 08/17/2007 08:07:56 AM | 21 | | | Sales | ($8.20) | | $46.82 |

Date: 09/21/2007  
Time: 11:45:56 am

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: SPG

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12027002 | Living Quarters: | Z01-014L |
| Inmate Name: | STRICKLAND, DANIEL RYAN | Arrived From: | ATL |
| Current Site Name: | Springfield MCFP | Transferred To: | |
| Housing Unit: | SPG-Z-Z | Account Creation Date: | 10/17/2006 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | 08/17/2007 10:59:47 AM | TFN0817 | | | Phone Withdrawal | ($3.00) | | $43.82 |
| SPG | 08/18/2007 10:07:30 AM | TFN0818 | | | Phone Withdrawal | ($3.00) | | $40.82 |
| SPG | 08/18/2007 10:25:00 AM | TFN0818 | | | Phone Withdrawal | ($2.00) | | $38.82 |
| SPG | 08/19/2007 07:46:52 AM | TFN0819 | | | Phone Withdrawal | ($3.00) | | $35.82 |
| SPG | 08/19/2007 03:17:08 PM | TFN0819 | | | Phone Withdrawal | ($3.00) | | $32.82 |
| SPG | 08/21/2007 04:49:07 PM | TFN0821 | | | Phone Withdrawal | ($3.00) | | $29.82 |
| SPG | 08/21/2007 06:28:14 PM | TFN0821 | | | Phone Withdrawal | ($2.00) | | $27.82 |
| SPG | 08/23/2007 05:57:04 PM | TFN0823 | | | Phone Withdrawal | ($3.00) | | $24.82 |
| SPG | 08/24/2007 07:55:32 AM | 14 | | | Sales | ($15.10) | | $9.72 |
| SPG | 08/25/2007 09:09:34 AM | TFN0825 | | | Phone Withdrawal | ($2.00) | | $7.72 |
| SPG | 08/26/2007 07:57:43 AM | TFN0826 | | | Phone Withdrawal | ($2.00) | | $5.72 |
| SPG | 08/31/2007 07:34:39 AM | 13 | | | Sales | ($4.05) | | $1.67 |
| SPG | 09/11/2007 07:31:32 PM | TFN0911 | | | Phone Withdrawal | ($1.00) | | $0.67 |
| SPG | 09/21/2007 08:04:19 AM | 6 | | | Sales | ($0.50) | | $0.17 |
| | **Total Transactions:** | **55** | | | **Totals:** | **($39.83)** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $0.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.17 |
| **Totals:** | **$0.17** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.17** |

Date: 09/21/2007  
Time: 11:45:55 am

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified

Facility: SPG

**Start Date:** 10/01/2006  
**End Date:** 09/21/2007  
**Inmate Reg#:** 12027002  
**Account Status:** All  
**Institution:** All

**LEON COUNTY JAIL**
P.O. Box 2278
TALLAHASSEE, FLORIDA 32316-2278

FBOP# 12027-002

*Legal Mail*



United States District Court ✱
Middle District of Alabama.
Office Of the Clerk
Post Office Box 711
Montgomery, AL. 36101-0711
✱ Notice Of Appeal to the ✱
✱ Eleventh Circuit ✱ ✱

36101+0711-11 B007