IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr165-WKW |
| | ) | |
| DANIEL RYAN STRICKLAND | ) | |

## ORDER

This cause is before the court on Defendant Daniel Ryan Strickland's Notice of Appeal and Motion to Proceed *In Forma Pauperis* (Docs. # 79 & 80).

28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." In the context of a criminal appeal, the court must assess "good faith" based upon an objective standard. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); *United States v. Gholston*, 133 F. Supp. 2d 1304, 1306 (M.D. Fla. 2000), *aff'd*, 275 F.3d 52 (11th Cir. 2001) (unpublished table decision). Pursuant to *Coppedge*, a criminal defendant acts in good faith when "he seeks appellate review of any issue not frivolous." *Coppedge*, 369 U.S. at 445. Applying the foregoing standard, the court is of the opinion that Defendant's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith. Accordingly, it is ORDERED that Defendant's Motion to Proceed *In Forma Pauperis* is DENIED (Doc. # 80) and that the appeal in this cause is certified, pursuant to 28 U.S.C. § 1915(a)(3), as not taken in good faith.

DONE this 25th day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE