IN the District Court of the United States    Date filed, 8/26/08
for the middle District of Alabama
Northern Division.

DANIEL Ryan Strickland )
V. ) RECEIVED Civil Action No: 2:08cv684-WKW
United States Of America ) 2008 AUG 29 A 10:38    2:06 CR 165-WKW
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiffs motion for appointment of counsel

Pursuant to 28 U.S.C § 1915,(e)(1) plaintiff moves for a order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1) Plaintiff cannot Afford to hire a lawyer, he has requested leave to proceed Informa Pauperis in this case.

2) Plaintiffs imprisonment will greatly limit his ability to litigate this case. Also, I'm not permitted to use the law library at this facility Due to special rules imposed by the Superintendent, at the leon County Detention facility.

3) The issues in this case are complex, a lawyer would help Plaintiff to apply The law properly in briefs and before this court, Plaintiff, has never been a party in a civil legal proceeding.

4) A trial in this case will likely involve conflicting testimony, A lawyer would assist Plaintiff in the presentation of evidence and cross-examination of opposing witnesses.

Wherefore, Plaintiff request that the court appoint counsel to Represent him in this case.

Respectfully Submitted, this 25th Day of August 2008

Daniel R. Strickland

Daniel Ryan Strickland # 125241 (H-20)
**LEON COUNTY JAIL**
P.O. Box 2278
TALLAHASSEE, FLORIDA 32316-2278

TALLAHASSEE FL 323
27 AUG 2008 PM 2 L



*Legal Mail*

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711
ATTN:
Risa (?) Entrekin
Court reporter.

Sealed on 8/26/08